DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID: 391465559        FINS #: 1354375511
                             DOB: 05/29/2002              File No: A245 777 106

In the Matter of:                                         Event No: BLV2401000255
Respondent:        JHONATAN EFRAIN ALCOSER CUENCA
                                                          currently residing at:

108 COBB AVE   PORTLAND, MAINE, 04102-1902
_____
(Number, street, city, state and ZIP code)              (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of ECUADOR and a citizen of ECUADOR ;
3. You arrived in the United States at or near TECATE, CA , on or about January 30, 2024 ;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:        ☐ 8CFR 208.30    ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

JFK BLDG, 15 NEW SUDBURY, #320 BOSTON MA 022030002
_____
(Complete Address of Immigration Court, including Room Number, if any)

on  April 23, 2024  at   09:00 AM   to show why you should not be removed from the United States based on the
   (Date)                (Time)

charge(s) set forth above.

JAMIE M KELLY
Date: 2024.01.31 07:05:41 -08:00
0729927913.CBP

JAMIE KELLY
Acting/Patrol Agent in Charge
_____
(Signature and Title of Issuing Officer)

San Diego, California
_____
(City and State)

Date: January 31, 2024