Home  >  **ALCOSER CUENCA, JHONATAN EFRAIN (245-777-106)**



# Automated Case Information

Name: ALCOSER CUENCA, JHONATAN EFRAIN  |  A-Number: 245-777-106  |  Docket Date: 3/15/2024

## 🗓 Next Hearing Information

Your upcoming **MASTER** hearing is on **August 5, 2027** at **9:00 AM**.

**JUDGE**
Cho, Yul-mi

**COURT ADDRESS**
150 APOLLO DRIVE, SUITE 100
CHELMSFORD, MA 01824

## ⚖ Court Decision and Motion Information

🕐

*This case is pending.*

## 📝 BIA Case Information

No appeal was received for this case.

## 🏛 Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**
150 APOLLO DRIVE, STE 100
CHELMSFORD, MA 01824

**PHONE NUMBER**
(978) 497-9000